IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTINE A. SMALL,

    Plaintiff,

v.                                                   Case No. 3:09cv262/LAC

TATA BUSINESS SUPPORT SERVICES
LIMITED, INC. f/k/a E2E SERWIZ
SOLUTIONS LIMITED, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Mediator has informed the Court that this case has been settled (Doc. 30). Therefore, this case is DISMISSED from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 20th day of October, 2009.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                            Senior United States District Judge